The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARTH PRODUCTS INC., a California corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>MEYNARD DESIGNS, INC., a Massachusetts corporation,<br><br>                Defendant. | ) <br> ) <br> ) NO. CV05-1326Z <br> ) <br> ) <br> ) ORDER REGARDING PLAINTIFF'S <br> ) MOTION FOR EXPEDITED <br> ) DISCOVERY ON JURISDICTIONAL <br> ) ISSUES <br> ) <br> ) |

THIS MATTER came before the Court upon the Plaintiff's Motion for Expedited Discovery on Jurisdictional Issues and the Defendant's response to same. The Court finds that limited, expedited discovery is appropriate. Accordingly, it is hereby ORDERED that

(1) Plaintiff, Earth Products Inc. shall be allowed to take depositions of Meynard Designs, Inc. and Earth Visions Inc. pursuant to F.R.C.P. 30(b)(6), with questioning limited to the nature and extent of trademark licensing agreements between the two, issues of common ownership between the two, and the scope of activities of each party related to products sourced, supplied, manufactured, brokered, marketed, or sold by Meynard Designs or Earth Visions Inc. or any agent for Meynard Designs or Earth Visions Inc. at any time in Washington.

[PROPOSED] ORDER (CV05 1326Z) - 1
KPEP/2794PL14.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1    (2) Plaintiff, Earth Products Inc., shall be allowed to serve document requests on Meynard Designs, Inc. and Earth Visions Inc. pursuant to F.R.C.P. 34(b), with requests limited to the nature and extent of trademark licensing agreements between the two, issues of common ownership between the two, and the scope of activities of each party related to products sourced, supplied, manufactured, brokered, marketed, or sold by Meynard Designs or Earth Visions Inc. or any agent for Meynard Designs or Earth Visions Inc. at any time in Washington.

2    (3) After deposition of Meynard and Earth Visions, Plaintiff may inform Defendant of Plaintiff's belief that the discovery tools allowable under this order are inadequate to obtain information that is necessary to respond to Defendant's personal jurisdiction defense.  Plaintiff and Defendant shall then confer as to the validity of Plaintiff's contention and the possibility of deposing or serving document requests on third-party witnesses regarding: (a) their interactions and communications with Meynard Designs and Earth Visions relating to products sourced, supplied, manufactured, brokered, marketed, or sold by Meynard Designs or Earth Visions to the third party within the Western District of Washington; and (b) their sources of supply for EARTH brand products delivered to the Western District of Washington. If the parties cannot reach agreement as to the need and appropriate scope (if any) of third-party discovery within these limitations, the Plaintiff may file a motion seeking an Amended Order for Expedited Discovery based upon its belief that the discovery tools allowable under this order are inadequate.

3    (4) Within fourteen days the parties shall confer and submit to the court a proposal for a protective order governing the disclosure of confidential and highly confidential

[PROPOSED] ORDER (CV05 1326Z) - 2
KPEP/2794PL14.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100

material in this action.  If the parties cannot agree, each party may independently move for entry of a protective order.

(5) Defendants Maynard Design, Inc. and Earth Visions, Inc. shall make themselves available for deposition pursuant to this order no later than November 11, 2005.

DATED this 17th day of October, 2005.

_____
THE HONORABLE THOMAS ZILLY

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sub>PLLC</sub>

s/Cindy L. Caditz
F. Ross Boundy, WSBA No.: 403
Cindy L. Caditz, WSBA No. 16,701
Jerald E. Nagae, WSBA No. 8,521
Christensen O'Connor Johnson Kindness<sub>PLLC</sub>
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E- mail: ross.boundy@cojk.com
cindy.caditz@cojk.com
jerald.nagae@cojk.com
courtdocs@efiling.com

Attorney for Plaintiff Earth Products Inc.

[PROPOSED] ORDER (CV05 1326Z) - 3
KPEP/2794PL14.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sub>PLLC</sub>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100